**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 402 EAL 2019

       Respondent             :

                                   :   Petition for Allowance of Appeal

                                   :   from the Order of the Superior Court

           v.                      :

                                   :

SHAMAR CLARK,                  :

                                   :

           Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.